**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF: R.F., A MINOR    : No. 560 EAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
PETITION OF: R.F.                      :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 1st day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.